FILED IN CLERK'S OFFICE
U.S.D.C. - Rome

JUL 16 2003

LUTHER D. THOMAS, Clerk
By: ＿＿＿＿＿＿＿ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

SOUTHERN TRUST INSURANCE COMPANY, )
)
    Petitioner, )
)
v. )
) Case No. 4:03-CV-157-HLM
CAROL A. BECHTEL, PAULA YOCKEL, )
ANTHONY SCHUCHMAN, ELEANOR KITTER )
DENT, LORIE ANN WALLEY, CARLTON )
DALE RICE, TIMOTHY TODD RICE, )
DAMIAN WALLEY, VIRGINIA RICE )
ELLINGTON, TRI-STATE CREMATORY, INC., )
T. RAY BRENT MARSH, CLARA C. MARSH, )
RHAMES L. MARSH, SAMUEL MARSH, )
BUCKNER-RUSH ENTERPRISES, INC., )
PRIME SUCCESSION HOLDING, INC., PRIME )
SUCCESSION, INC., PRIME SUCCESSION )
OF TENNESSEE, INC., BURT FUNERAL )
HOME, INC., EWTON FUNERAL HOME, INC., )
FRANKLIN-STRICKLAND FUNERAL HOME, )
INC., AVERY BRYAN FUNERAL HOME, INC., )
SERVICE CORPORATION INTERNATIONAL, )
SCI TENNESSEE FUNERAL SERVICES, INC., )
d/b/a CHATTANOOGA FUNERAL )
HOME - WEST CHAPEL, SCI TENNESSEE )
FUNERAL SERVICES, INC., d/b/a )
CHATTANOOGA FUNERAL HOME - EAST )
CHAPEL, SCI TENNESSEE FUNERAL )
SERVICES, INC., d/b/a CHATTANOOGA )
FUNERAL HOME – NORTH CHAPEL, SCI )
TENNESSEE FUNERAL SERVICES, d/b/a )
HOOPER FUNERAL HOMES, INC., KERBY )
FUNERAL HOME, LLC, J.D. HILL FUNERAL )
HOME, INC., ERWIN PETTIT FUNERAL )
HOME, INC.,CARRIAGE SERVICES, INC., )
CARRIAGE FUNERAL HOLDINGS, INC., )
d/b/a WILLIAMSON & SONS FUNERAL HOME, )
CARRIAGE FUNERAL HOLDINGS, INC., )
d/b/a LANE FUNERAL HOME, JESSE JONES )

**ORIGINAL**

FUNERAL HOME, INC., KERBY FUNERAL )
HOME, INC., LAYNE FUNERAL HOME, INC., )
PUTNAM FUNERAL HOME, INC., )
SEQUATCHIE VALLEY MEMORIAL )
FUNERAL HOME & GARDENS, INC., TAYLOR )
FUNERAL HOME OF CHATTANOOGA, INC., )
WANN FUNERAL HOME, INC., LOVE )
FUNERAL HOME, INC., R.D. MOORE )
FUNERAL HOME, INC., WILLIS FUNERAL )
HOME, INC., W.L. WILSON & SONS, INC., )
WILSON FUNERAL HOME WALLIS )
STEWART CHAPEL, LLC, RYAN FUNERAL )
HOME, LLC, GILMORE FUNERAL HOME, )
LLC, VANDERWALL FUNERAL HOME, INC., )
TURNER FUNERAL HOME, INC., PIKEVILLE )
FUNERAL HOME, INC., PATTON'S FUNERAL )
HOME, PINKARD & MEE FUNERAL SERVICE, )
INC., JULIAN PEEPLES FUNERAL HOME, )
PEEPLES FUNERAL HOME, Does 1 to 100, )
inclusive, WALTER L. CROX, BARBARA )
CROX, JOE C. ODEN, JR., JAMES GREER, )
DAVID RANDOLPH SMITH, ALEX KITCHENS, )
ETTA LEE SMITH, KAREN PARTIN, JANICE )
BURCH RISLEY, HEATHER MARIE ROSS, )
ELOISE PHILLIPS, DAVID PELLETIER, )
NAOMI WEBB, THOMAS G. CONYERS, )
TOMMY RAY MARSH, BOB FOSTER, d/b/a )
FOSTER & SON FUNERAL HOME, CAGLE )
FUNERAL HOME, INC., CUMBERLAND )
FUNERAL SERVICES, INCORPORATED, )
CUMBERLAND FUNERAL HOME, )
CUMBERLAND FUNERAL HOME – TRACY )
CITY, FAMILY MORTUARY, INC., FOSTER & )
LAY FUNERAL HOME, HARDWICK & SONS )
FUNERAL HOME, INC., HOUSE OF )
OVERSTREET MORTUARY, INC., )
J. AVERY BRYAN FUNERAL HOME, INC., )
JULIAN PEEPLES MEMORIAL CHAPEL, INC., )
d/b/a JULIAN PEEPLES FUNERAL HOME, )
PEEPLES FUNERAL HOME, INC., d/b/a )
PEEPLES FUNERAL HOME, R. DUDLEY )
BARTON & SON FUNERAL HOME, INC., )
SCI ALABAMA FUNERAL SERVICES, INC., )
d/b/a KERBY FUNERAL HOME, SCI GEORGIA )

2

| | |
|---|---|
| FUNERAL SERVICES, INC., d/b/a J. D. HILL FUNERAL HOME, SCI GEORGIA FUNERAL SERVICES, INC., d/b/a JENNINGS FUNERAL HOME, SCI GEORGIA FUNERAL SERVICES, INC., d/b/a JENNINGS HERITAGE CHAPEL FUNERAL HOME, SCI GEORGIA FUNERAL SERVICES, d/b/a PARNICK JENNINGS FUNERAL HOME, SCI GEORGIA FUNERAL SERVICES, d/b/a EDWIN PETTIT FUNERAL HOME, SCI GEORGIA FUNERAL SERVICES, INC., d/b/a J. AVERY BYRAN OF CHICKAMAUGA, SCI GEORGIA FUNERAL SERVICES, INC., a/k/a GREG KENEMER, d/b/a KENEMER BROTHER FUNERAL HOME, SCI GEORGIA FUNERAL SERVICES, INC., d/b/a WALLIS STEWART FUNERAL HOME, SCI TENNESSEE FUNERAL SERVICES, INC., d/b/a CHATTANOOGA FUNERAL HOME - VALLEY VIEW CHAPEL, SCI TENNESSEE FUNERAL SERVICES, INC., d/b/a FIKE FUNERAL HOME, THOMAS AND SON FUNERAL HOME, INC., WALLIS-WILBANKS FUNERAL HOME, LLC, WILSON FUNERAL HOME - LAFAYETTE CHAPEL, LLC, WILSON FUNERAL HOME – J. AVERY BRYAN CHAPEL, L.L.C., COVENANT FUNERAL SERVICE, WARREN N. COPPEDGE, JR., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## **VOLUNTARY DISMISSAL**

COMES NOW, Plaintiff in this action, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), and hereby dismisses this action, in its entirety, without prejudice.

This the __15__ day of July, 2003.

3

                           Respectfully submitted,

                           WEBB, ZSCHUNKE, NEARY
                              & DIKEMAN, LLP

By: _____
     MARVIN D. DIKEMAN
     Georgia State Bar No. 221760

By: _____
     ERIC J. SHARON
     Georgia State Bar No. 637948

Fifteen Piedmont Center, Suite 1020
3575 Piedmont Road
Atlanta, Georgia 30305
(404) 264-1080
(404) 264-4520 / fax

4

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Robert Smalley, Esq.
McCamy, Phillips, Tuggle & Fordham
P.O. Box 1105
411 West Crawford Street
Dalton, GA  30722

McCracken Poston, Jr., Esq.
Office of McCracken Poston
62 Nance Lane
Ringgold, GA  30736

Frank E. Jenkins, III, Esq.
Jenkins & Olson, P.C.
15 South Public Square
Cartersville, GA  30120

J. Anderson Davis, Esq.
Omberg House
615 West First Street
Rome, GA  30162

J. Charles Wilson, Esq.
Office of J. Charles Wilson
2151 Government Street
Mobile, AL  36606

Warren N. Coppedge, Jr., Esq.
Coppedge & Leman
508 South Thornton Avenue
Dalton, GA  30720

David Randolph Smith, Esq.
David Randolph Smith & Associates
1910 Acklen Avenue
Nashville, TN  37212

This 15 day of July, 2003.

By: _____
ERIC J. SHARON
Georgia State Bar No. 637948

Fifteen Piedmont Center, Suite 1020
3575 Piedmont Road
Atlanta, Georgia 30305
(404) 264-1080
(404) 264-4520 / fax